**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BYRON L. CONWAY                                                                                    PLAINTIFF
ADC #113285

V.                                    NO: 5:11CV00010 BSM/HDY

JOE PAGE, III *et al.*                                                                         DEFENDANTS

## ORDER

Plaintiff Byron L. Conway, currently incarcerated at the Grimes Unit of the Arkansas Department of Correction ("ADC"), filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983 on January 19, 2011, making claims in connection with allegations that he was denied timely access to his mattress, despite his medical problems. On April 5, 2011, Plaintiff filed a motion to compel, seeking answers to interrogatory #8, and request for production #1, which were directed to Defendant Joe Page, III (docket entry #13). Defendants filed a response in opposition on April 19, 2011 (docket entry #17).

In his requests, Plaintiff seeks a copy of "post order requirements" which are apparently written directives providing guidance for prison staff members. Defendants have objected on security and relevance grounds. Because it appears that Defendants' objections are valid, Plaintiff's motion (docket entry #13) is DENIED.

IT IS SO ORDERED this   9   day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE