**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BYRON L. CONWAY, ADC #113285**                                                              **PLAINTIFF**

v.                         **CASE NO: 5:11CV00010 BSM/HDY**

**JOE PAGE, III et al.**                                                                              **DEFENDANTS**

**ORDER**

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

It is therefore ordered that plaintiff's motion for a preliminary injunction [Doc. No. 14] is denied.

DATED this 23rd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE