**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BYRON L. CONWAY                                                                          PLAINTIFF
ADC #113285

V.                                        NO: 5:11CV00010 BSM/HDY

JOE PAGE, III *et al.*                                                              DEFENDANTS

<u>**ORDER**</u>

In response to the Court's order of May 6, 2011 (docket entry #19), and in anticipation of the

pre-jury evidentiary hearing scheduled for October 18, 2011, at 11:00 a.m., in Room #2B, of the

Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas; Plaintiff has submitted

a proposed witness list requesting four witnesses other than himself (docket entry #29).  The Court

notes that the evidentiary hearing to be conducted is limited in scope.  Due to this limited scope, the

Court concludes that Plaintiff's requested witnesses should be denied.

IT IS THEREFORE ORDERED THAT:

1.      Due to the limited nature of the evidentiary hearing, all of Plaintiff's proposed

witnesses are denied.

2.      The Arkansas Department of Correction is directed to ensure Plaintiff's attendance

at the hearing, and to bring Plaintiff's institutional and medical records to the hearing.

DATED this ___23___ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE